UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ENVOY MORTGAGE, LTD., )<br>       Plaintiff, )<br>v. )<br>)<br>(1) MARK CONNOLLY, )<br>(2) SPOUSE OF MARK CONNOLLY, IF )<br>   MARRIED, )<br>(3) JOHN DOE OCCUPANT, IF ANY, )<br>       Defendants. ) | Case No. CIV-20-39-PRW |

## NOTICE OF REMOVAL

Defendants, Mark Connolly and Spouse of Mark Connolly ("Defendants" or "the Connollys"), by and through their undersigned attorney, hereby gives notice of the removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, to the United Stated District Court for the Western District of Oklahoma. As grounds for removal, the Connollys state as follows:

**I.     FACTUAL BACKGROUND AND BASIS FOR REMOVAL**

1. This action was commenced as a foreclosure action by Envoy Mortgage, Ltd. ("Plaintiff" or "Envoy") with the filing of a Petition on November 25, 2019, in the District Court of Canadian County, Case No. CJ-2019-730, against Mark Connolly, Spouse of Mark Connolly, if Married, and John Doe Occupant, if any.

2. Defendants were served with the Petition on December 16, 2019.

3. As detailed below, this case is removable on two independent grounds:

    i. Diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, and

    ii. Federal question pursuant to 28 U.S.C. §1331,

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 116, 1391, 1441(a), and 1446 because the District Court of Canadian County, Oklahoma, where the Petition was filed, is a state court within the Western District of Oklahoma.

1

**A. THIS ACTION IS REMOVABLE BASED UPON DIVERSITY JURISDICTION**

5. Removal of this action is proper because this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), which provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1)

6. Complete diversity of citizenship exists between Plaintiff and Defendants. Plaintiff, Envoy Mortgage, is a Limited Partnership organized and existing under the laws of Texas. Defendants are residents of Oklahoma.

7. The amount in controversy, as stated in Plaintiff's Petition, is in excess of $75,000.00, exclusive of interest and costs.

**B. THIS ACTION IS REMOVABLE BASED UPON FEDERAL QUESTION JURISDICTION**

8. Removal of this action is proper because this Court has original jurisdiction of all civil actions arising under the Constitution and laws of the United States. 28 U.S.C. § 1331.

9. Defendants/Counterclaim Plaintiffs have filed their Answer to Envoy's Petition for foreclosure. They have asserted counterclaims against Envoy arising under the laws of the United States, including the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§ 2601, *et seq*., and the federal Truth in Lending Act ("TILA" or "Regulation Z"), 12 CFR § 1026, *et. seq*.

**II. DEFENDANTS HAVE COMPLIED WITH THE REMOVAL PROCEDURES.**

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within 30 days of Plaintiff's service of the Petition on Defendants on December 16, 2019.

11. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served on Defendants, and on file with the District Court of Canadian County,

Oklahoma are attached hereto as **Exhibits 1-3**. Pursuant to LCvR 81.2(a), a copy of the State Court Docket Sheet is attached hereto as **Exhibit 4**.

12. A copy of this Notice of Removal is being filed with the clerk of the District Court of Cleveland County, Oklahoma, as provided by law. Written notice of removal is also being given to Plaintiff, by and through their attorney of record.

13. By filing this Notice of Removal, Defendants do not waive any defense that may be available to them and reserves all such defenses.

14. If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to present a brief and request oral argument in support of removal.

15. Defendants reserve the right to amend or supplement this Notice of Removal.

### III.   CONCLUSION

**WHEREFORE**, Defendants, Mark Connolly and Spouse of Mark Connolly, hereby remove this action from the District Court of Canadian County, Oklahoma to the United States District Court for the Western District of Oklahoma.

**ATTORNEY LIEN CLAIMED**

Respectfully Submitted,
 s/ Sherry Doyle
SHERRY DOYLE, OBA #31836
SHERRY DOYLE, PLLC
3126 S. Boulevard St., #163
Edmond, OK 73013-5308
Phone: (405) 757-4044
Fax: (405) 652-1047
Email: sherry@sherrydoylelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of December 2020, I caused to be mailed, with proper postage fully prepaid thereon, a true and correct copy of the above and foregoing instrument, to the following:

KEITH A. DANIELS
MARINOSCI LAW GROUP, P.C.
4334 NW Expressway, Suite 265
Oklahoma City, OK 73116

                                                                              s/ Sherry Doyle

                                                                             Sherry Doyle